**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

IN THE MATTER OF:                          )
LLEWELLYN REED &                     )          Case No.: 25-20098-kl
DIANNE CANTON-REED                )          Chapter 13
    Debtor(s)                              )

### <u>Objection to Claim 28</u>

Comes now, the Debtors, Llewellyn Reed & Dianne Canton-Reed, and pursuant to the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, and objects to Court Claim No. 15 filed by Crossroads Improvements Owner LLC, and in support thereof respectfully asserts the following:

1. Creditor filed a proof of claim assigned Claim No. 15 on or about April 1, 2025, asserting an unsecured claim in the amount of $440,007.76.

2. Creditor's claim is purportedly based on a lease that Debtor personally guaranteed for a former business location in which they operated a Dickey's Barbeque Pit restaurant in Schererville, Indiana.

3. Pursuant to Creditor's attachment in support of their claim, Creditor is seeking the entire base rent plus common area maintenance plus taxes for the entire term of the lease running through the year 2031.

4. Debtor asserts that Creditor's claim does not take into account Creditor's duty to mitigate its damages and seek to re-lease the property to another party.

5. Prior to filing this Objection, Debtor has contacted Creditor and attempted to arrange for the voluntary surrender of the leased premises.

6. At the time of filing this Objection, no such agreement has been finalized.

7. Pursuant to 11 U.S.C. § 502(b)(6), a landlord's claim for damages related to a rejected lease is capped at one year's rent or 15% of the remaining lease term.

8. Creditor is seeking payment for over six years' worth of rent, and seeking the entire lease term as payment as an unsecured claim.

9. Should this Honorable Court find that the cap set forth in 11 U.S.C. § 502(b)(6) does not apply as Debtors are guarantors on the lease and not the actual lessors, Creditor is nonetheless duty-bound to mitigate their damages and take possession of the leased premises in attempt to re-lease the property to another party.

WHEREFORE, Debtors respectfully request this Honorable Court sustain their Objection to Creditor's claim and that Creditor be ordered to file a claim within 30 days which complies with 11 U.S.C. § 502(b)(6), or any other relief this Honorable Court duly advised in the premises deems appropriate.

Respectfully Submitted,

THE LAW OFFICE OF WEISS, SCHMIDGALL & HIRES

*/s/ Christopher R. Schmidgall*
Christopher. R. Schmidgall
Attorney I.D. 23738-64
Six West 73rd Avenue
Merrillville, IN 46410
(219) 736-5297

## <u>CERTIFICATE OF SERVICE</u>

The LAW OFFICES OF WEISS, SCHMIDGALL & HIRES attorney for Debtor(s), hereby certify that a true and complete copy of the attached pleading was served upon the following individuals on the 20th day of June 2025, by depositing a copy of same in the U.S. Mail, first class postage affixed, or by electronic service where applicable.

Dated this 20th day of June 2025.


By: /s/ Christopher R. Schmidgall


Distribution:
U.S. Trustee: ustpregion10.so.ecf@usdoj.gov
Trustee Paul Chael:  ECF@pchael13.com
Barclay Damon LLP Attn: Scott L. Fleischer: sfleischer@barclaydamon.com
Crossroads Improvements Owner LLC: c/o DLC Management Corporation, 565 Taxter Road, Elmsford, NY 10523.