UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
Llewellyn Gerald Reed, II and )
Dianne M. Canton-Reed ) CASE NO.: 25-20098-JRA
Debtor(s) )

AGREED MODIFICATION OF PLAN

Comes now Debtors, by counsel, Christopher R. Schmidgall, Centier Bank, ("Creditor"), by counsel James Yannakopoulos, and Chapter 13 Trustee, Paul R. Chael, on the above-captioned Chapter 13 case, and show the Court that on July 17, 2026, Debtors filed an amended Chapter 13 Plan.

**Debtors, Creditor, and Chapter 13 Trustee agree that the secured claim of Centier Bank shall be paid in the amount of $9,825.00 at 9% interest accruing on same, with monthly payments during the Debtors' plan term as set forth in Section 3.1 of the Plan as amended herein. Pursuant to 11 U.S.C. § 506(b) post-petition interest on the claims of Centier Bank together with any reasonable fees, costs, or charges provided for under the loan documents shall remain secured by the above listed property. This agreement resolves Centier Bank's objection to confirmation filed on January 24, 2025 under Docket Entry 17. The parties further agree that the open ended credit agreement between the Borrowers and Centier will be closed upon Centier's receipt of all amounts due under the loan documents and no further advances shall be drawn by the borrowers under the loan documents. Centier Bank and the Debtors agree to execute any amendments, modifications, or any other documents required by Centier Bank's counsel to properly document the loan modifications set forth in this Agreed Immaterial Modification.**

As a result of such agreement by the parties, Page 2, Part 3, Section 3.1 of the Plan is amended to include the following at the end of such Section 3.1:

| Name of Creditor | Collateral | Current installment Payment | Amount of Arrearage (if any) | Interest Rate on Arrearage | Monthly plan payment on Arrearage | Estimated payments by Trustee |
|---|---|---|---|---|---|---|
| Centier Bank | 3738 W 68th Ave. . Merrillville, IN 46410 | $260.00 Distributed by the Trustee | $0.00 | N/A | 0.00 | $15,600.00* |

*Pursuant to 11 U.S.C. § 506(b) post-petition interest on the claims of Centier Bank together with any reasonable fees, costs, or charges provided for under the loan documents shall remain secured by the above listed property.

SO ORDERED.

Dated: ____________

______________________________
JUDGE, U.S. BANKRUPTCY COURT

Distribution
Debtor(s)
Debtor(s)' Attorney
Creditor's Attorney (if applicable)
Trustee
U.S. Trustee

EXAMINED AND APPROVED:

/s/ Christopher R. Schmidgall
CHRISTOPHER SCHMIDGALL, Attorney for Debtor(s)

PAUL CHAEL, TRUSTEE by AMY GODSHALK

/s/ James M. Yannakopoulos
JAMES M. YANNAKOPOULOS, Attorney for Centier Bank ("Creditor")

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which sent notification of such filing to all counsel of record with copies being sent via first class mail postage prepared for those parties who do not receive email notices according to the CM/ECF System.

Parties and counsel of record.

*/s/ James M. Yannakopoulos*
JAMES M. YANNALOPOULOS (25164-45)